CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

January 31, 2018

Mr. Marvin Lawayne Roberts
TDCJ No. 02144295
C. Moore Unit
1700 North FM 87
Bonham, Texas  75418
RE:   Court of Appeals Number:   05-17-01000-CR, 05-17-01001-CR
      Trial Court Case Number:   380-81772-2015, 380-81746-2016

Style:  Marvin Roberts AKA Marvin Lawayne Roberts v. The State of Texas

Dear Mr. Roberts:

Your attorney has filed a brief in which she states she has determined your appeals are frivolous and without merit.  A copy of that brief is enclosed with this letter.

You have a right, if you so desire, to review the appellate record yourself and file a pro se response.  If you desire to review the appellate record and file a pro se response, please write this Court **by March 1, 2018** and make such a request.  Otherwise, your case will be submitted upon the brief of your attorney.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

Enclosure
LM/jlw